## DARLING V. BREWSTER.

*Pleading — omission to answer admits allegations of complaint. Accounting.*

A complaint stated that plaintiff owned a share in a vessel, and the defendants
the remaining shares; that plaintiff made repairs to the vessel, and furnished
materials therefor to the value of $2,101.60; that defendants promised to
pay their share of the amount; that they had paid $500, and that there
remained due $1,551.64, and the complaint asked for an accounting. Defend-
ants demurred; the demurrer was overruled and defendants did not answer;
and an accounting was ordered before a referee. *Held,* that defendants, by
omitting to answer, admitted the allegations of the complaint, one of which
was that there was due plaintiff for repairs, etc., $1,551.64, and the admission
of that item by the referee, as proved, was proper.

APPEAL by defendants from a judgment ordered at special term
upon the report of a referee, and from an order overruling excep-

tions to such report; also, from an order denying motion to strike out portions of the judgment roll.

*Richard H. Huntley*, for appellants.

*Scudder & Carter*, for respondents.

DAVIS, P. J.

The only point of general interest passed upon in the opinion is sufficiently stated in the head-note.

*Orders affirmed.*